IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              No. 4:12CR00232-02 JLH

JESSICA LORRAINE HILL                                                                   DEFENDANT

## ORDER

Pending before the Court is defendant Jessica Lorraine Hill's motion for continuance of the sentencing hearing currently set for Wednesday, February 26, 2014. The motion is GRANTED. Document #56. The sentencing hearing will be reset by separate notice.

IT IS SO ORDERED this 24th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE